Case 1:14-cv-01171-AJT-TCB Document 1-1 Filed 09/08/14 Page 1 of 2 PageID# 8

**File Hashes for IP Address 71.191.82.194**

**ISP:** Verizon FiOS
**Physical Location:** Fairfax, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/03/2014 00:02:31 | B74B23AA0B68E78DAA17A2F53587731590283E08 | Rock Me Baby |
| 08/02/2014 23:56:41 | F94AA0F525780F3929F38CD2E9B7760CBACE4862 | They Seem so Sweet |
| 08/01/2014 00:57:10 | C2DA2CB8088B6E068F1300090A52B5F200CD1A03 | Tie Her Up For Me |
| 08/01/2014 00:32:01 | FC47FCE6128FD704C8484ECA5BCF738DEC8C01F0 | Yours Forever |
| 07/30/2014 01:59:48 | 9B1089F55466D8164EE49DB39E83DEA7397E4486 | Chloe Loves Carl Part 2 |
| 07/30/2014 01:59:32 | 61A9FAF7574D48FCB656BD866BE4BFBB4A498CF9 | Dancing Romance |
| 07/30/2014 01:07:38 | 5156285471F1D5A2CBA6F53DC8D3275FD506A012 | Be With Me |
| 07/30/2014 00:34:28 | 270CF3F21E46ADFE5C1B4B24861FE8F38CB80530 | Give Me More Part 2 |
| 07/30/2014 00:31:20 | 0D737090EDD13B9C969DC42B334CBB1E63078D77 | Lovers Way |
| 06/08/2014 04:10:59 | DA1D07D6282B504FC8B85050E8ABA6BF22222C03 | A Thought of You Part 2 |
| 06/03/2014 00:56:18 | EF82B0EA713F9156AD6FC6499A77D4B887AC33B2 | Surprise Surprise |
| 06/02/2014 01:14:49 | 1ADFB1AAD7EAB7E4BA39F16BA2B16C1969DBE55A | Just Watch |
| 06/02/2014 00:58:00 | 627A866F48016D3656A31B3600C7D5D698E7C8E8 | From Three to Four Part 2 |
| 04/27/2014 00:01:49 | A3939658B00CF7CCCC0731FD4F179C0BE3E37CFE | Tantric Massage |
| 04/20/2014 20:39:55 | 615284DC2FF24FA05AF96390D0755340ABA1C916 | Lonesome Without You |
| 04/20/2014 19:44:38 | 5191048701A4505D080632EB04AF5AA988705201 | Not Alone |
| 04/18/2014 00:22:20 | E1AAE12FB1B083F17BBEDF9AC373A7F45C89AC2E | My Days in Rome |
| 04/18/2014 00:13:03 | DBB2CC4A2BC6BEB021ACAE10FDAB6072EF736916 | Russian Connection |
| 03/23/2014 17:37:29 | 997A103936E73235F23CE79D7495184A9E37926A | Sweet Surrender |
| 03/23/2014 15:00:33 | 28C3DCC6A0C1EA02C0F7285541C92EABF2BF7492 | Morning Meditation |
| 03/23/2014 14:57:01 | 9C4B837C9D728F3874C2534B7B516B3E2AC6E009 | Trophy Wife |
| 03/23/2014 14:50:25 | 82199A6AC202FA462F8959052ED93B333D494868 | All Oiled Up |

EXHIBIT A

EVA94

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/23/2014 14:34:56 | 44AEFA837506C9B97DA78F3F05A086D90BDD979C | Remembering Strawberry Wine |
| 03/23/2014 14:34:34 | D9209902CC6BDD5091365F20DB47808F336042F3 | Making Music |
| 03/23/2014 14:31:03 | FA08E3AC90584CAFB74CD2224EE605992C36104E | Insanely Gorgeous |
| 03/22/2014 00:54:59 | D2B54AB9B2A3F35D817B81D8F8EA8E525EC8111D | First and Forever |

**Total Statutory Claims Against Defendant: 26**

EVA94

EXHIBIT A