Copyrights-In-Suit for IP Address 71.191.82.194

ISP: Verizon FiOS
Location: Fairfax, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 06/08/2014 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 03/23/2014 |
| Be With Me | PA0001907574 | 07/21/2014 | 07/25/2014 | 07/30/2014 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 07/30/2014 |
| Dancing Romance | PA0001903915 | 06/07/2014 | 06/12/2014 | 07/30/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 03/22/2014 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 06/02/2014 |
| Give Me More Part 2 | PA0001905479 | 06/29/2014 | 07/02/2014 | 07/30/2014 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 03/23/2014 |
| Just Watch | PA0001898092 | 05/22/2014 | 06/06/2014 | 06/02/2014 |
| Lonesome Without You | PA0001887108 | 04/03/2014 | 04/07/2014 | 04/20/2014 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 07/30/2014 |
| Making Music | PA0001883769 | 03/07/2014 | 03/22/2014 | 03/23/2014 |
| Morning Meditation | PA0001882650 | 02/27/2014 | 03/06/2014 | 03/23/2014 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 04/18/2014 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/20/2014 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 03/23/2014 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 08/03/2014 |
| Russian Connection | PA0001886189 | 03/30/2014 | 04/02/2014 | 04/18/2014 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 06/03/2014 |
| Sweet Surrender | PA0001884861 | 03/23/2014 | 03/26/2014 | 03/23/2014 |

EXHIBIT B

EVA94


| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 04/27/2014 |
| They Seem so Sweet | PA0001904151 | 06/15/2014 | 06/19/2014 | 08/02/2014 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 08/01/2014 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 03/23/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 08/01/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 26**