IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                 Civil Action No. 1:14-cv-01171-AJT-TCB

JOHN DOE, subscriber assigned IP address
71.191.82.194,

    Defendant,

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

    **PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 71.191.82.194. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: November 10, 2014

                                                     Respectfully submitted,

                                                     By: /s/ *William E. Tabot*
                                                     William E. Tabot PC
                                                     9248 Mosby Street
                                                     Manassas, VA 20110-5038
                                                     Phone: 703-530-7075
                                                     Email: wetabotesq@wetlawfirm.com
                                                     *Attorney for Plaintiff*

So ordered

_____/s/_____  11/13/14
Anthony J. Trenga
United States District Judge

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *William E. Tabot*
William E. Tabot